IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THOMAS CARDENAS, | |
|---|---|
| Plaintiff, | 4:16-CV-3031 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

The parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1. On or before December 15, 2017, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of December 15, 2017.

Dated this 15th day of November, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge