IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS CARDENAS, | |
| Plaintiff, | 4:16-CV-3031 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

Pursuant to the parties' Joint Stipulation to Dismiss with Prejudice (filing 33), this case is dismissed with prejudice, the parties to pay their own costs, complete record waived.

Dated this 21st day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge